UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NICHOLAS ROBERT GAGLIO,

       Defendant.
_____/ **INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Theft of Firearms from a Federal Firearms Licensee)

On or about December 5, 2020, in Branch County, in the Southern Division of the Western District of Michigan, the defendant,

NICHOLAS ROBERT GAGLIO,

knowingly stole from Broadheads & Bullets LLC, a licensed federal firearms dealer, one or more firearms, namely:

| | |
|---|---|
| 1. | Haskell Model JHP, 45 caliber pistol |
| 2. | Haskell Model JHP, 45 caliber pistol |
| 3. | HS Produkt (IM METAL) Model XDM Elite, 9mm pistol |
| 4. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 5. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 6. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 7. | HS Produkt (IM METAL) Model XD MOD2, 45 caliber pistol |
| 8. | HS Produkt (IM METAL) Model XD MOD2, 45 caliber pistol |

| 9. | Smith & Wesson Model SW1911, 9mm pistol |
|---|---|

18 U.S.C. § 924(m)
18 U.S.C. § 921(a)

# COUNT 2
(Felon in Possession of Firearms)

On or about December 5, 2020, in Branch County, in the Southern Division of the Western District of Michigan, the defendant,

NICHOLAS ROBERT GAGLIO,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms that were in and affecting commerce, namely:

| | |
|---|---|
| 1. | Haskell Model JHP, 45 caliber pistol |
| 2. | Haskell Model JHP, 45 caliber pistol |
| 3. | HS Produkt (IM METAL) Model XDM Elite, 9mm pistol |
| 4. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 5. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 6. | Sig Sauer (SIG-ARMS) Model P320C, 9mm pistol |
| 7. | HS Produkt (IM METAL) Model XD MOD2, 45 caliber pistol |
| 8. | HS Produkt (IM METAL) Model XD MOD2, 45 caliber pistol |
| 9. | Smith & Wesson Model SW1911, 9mm pistol |

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney